IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAUL SCOTT,

    *Plaintiff*,

v.

BIERMAN, GEESING,
WARD & WOOD, LLC, et al.,

    *Defendants*.

Civil Action No. 3:12cv271

## MOTION TO DISMISS PORTIONS OF THE COMPLAINT

Defendants BWW Law Group, LLC, formerly known as Bierman, Geesing, Ward & Wood, LLC, ("**BWW**") and Equity Trustees, LLC ("**Equity**"), by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move the Court for the entry of an order dismissing portions of the complaint filed by plaintiff Paul Scott (the "Complaint") for failure to state claims upon which relief can be granted for the reasons and authorities set forth fully in Defendants' accompanying brief. Particularly, the BWW seeks dismissal of part of Count I and all of Count IV, and the Equity seeks dismissal of all four counts.

                                              **Respectfully submitted,**

                                              **BWW LAW GROUP, LLC**
                                              **AND**
                                              **EQUITY TRUSTEES, LLC**

                                              **By Counsel**

                                              /s/ Andrew Biondi
                                        Andrew Biondi, Esquire (VSB No. 48100)
                                        SANDS ANDERSON PC
                                        1111 East Main Street, Suite 2400 (23219)
                                        Post Office Box 1998
                                        Richmond, Virginia 23218-1998
                                        Telephone: (804) 648-1636
                                        Facsimile: (804) 783-7291
                                        E-mail: abiondi@sandsanderson.com
                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that on this date a true and correct copy of the foregoing and the NEF will be mailed, first-class, postage fully prepaid, to:

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, Virginia 23803
Telephone: 804-861-6000
Facsimile: 804-861-3368
dale@pittmanlawoffice.com

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@cox.net

John C. Petersen, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, Virginia 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
jpetersen@smillaw.com

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: 703-273-6080
Facsimile: 888-892-3512
matt@clalegal.com

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Peterson & Levy PLC
4010 University Drive, Suite 200
Fairfax, Virginia 22030
Telephone: 703-277-9774
Facsimile: 703-591-2149
kkelly@smillaw.com

      /s/ Andrew Biondi
Andrew Biondi, Esquire (VSB No. 48100)
SANDS ANDERSON PC
1111 East Main Street, Suite 2400 (23219)
Post Office Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
E-mail: abiondi@sandsanderson.com
*Counsel for Defendants*