IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



PAUL SCOTT,

    Plaintiff,

v.                              Civil Action No. 3:12cv271

BIERMAN, GEESING,
WARD & WOOD, LLC,
et al.,

    Defendant.

**ORDER**

Having considered the MOTION TO DISMISS PORTIONS OF THE COMPLAINT (Docket No. 4) filed by the defendants, BWW Law Group, formerly known as Bierman, Geesing, Ward & Wood, LLC, and Equity Trustees, LLC, and having considered the supporting, opposing and reply memoranda, and finding that the Complaint adequately state claims within the meaning of Fed. R. Civ. P. 12(b)(6) and fully satisfies the requirements of Fed. R. Civ. P. 8, it is hereby ORDERED that the MOTION TO DISMISS PORTIONS OF THE COMPLAINT (Docket No. 4) is denied. It is also ORDERED that PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY (Docket No. 16) is denied as moot.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                                          /s/        REP
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: June 29, 2012