IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| PAUL SCOTT,                                    ) | |
|                        Plaintiff,   ) | |
|             v.                             ) | Civil Action No. 3:12-cv-271 |
|                                                     ) | |
| BIERMAN, GEESING, WARD & WOOD,) | |
| LLC, et al.                              ) | |
|                                                     ) | |
|                        Defendants.  ) | |

**PLAINTIFF DOES NOT CONSENT TO REFERRAL TO A MAGISTRATE JUDGE**

Plaintiff PAUL SCOTT ("Mr. Scott"), by counsel, and pursuant to this Court's Order requesting that the parties confer with their respective clients and each other regarding the referral of this case to a Magistrate Judge, states that Mr. Scott does not consent to the referral of this case to a Magistrate Judge. Counsel for all parties convened a telephone conference on August 7, 2012 whereby counsel for Mr. Scott informed all parties that he does not consent to a Magistrate Judge.

Dated:  August 7, 2012                     Respectfully submitted,

                                                            PAUL SCOTT

                                                            ____/s/_____

                                                            Kristi Cahoon Kelly, Esq. (VSB #72791)
                                                            J. Chapman Petersen, Esq. (VSB #37225)
                                                            Surovell Isaacs Petersen & Levy PLC
                                                            4010 University Drive, Suite 200
                                                            Fairfax, VA 22030
                                                            Phone: 703-277-9774
                                                            Fax: 703-591-9285
                                                            Email: kkelly@siplfirm.com
                                                            Email: jpetersen@siplfirm.com

                                                            Leonard Anthony Bennett, Esq. (VSB #37523)

Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com

Matthew James Erausquin, Esq. (VSB #65434)
Consumer Litigation Associates PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com

Dale Wood Pittman, Esq. (VSB #15673)
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th of August 2012 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Andrew Biondi, Esq.
Sands Anderson, PC
1111 E. Main Street
23rd Floor
P.O. Box 1998
Richmond, VA 23218-1998
(804)648-1636
Email: abiondi@sandsanderson.com
*Counsel for Defendants*

                                         /s/_____
                              Kristi Cahoon Kelly, Esq. (VSB #72791)
                              Surovell Isaacs Petersen & Levy PLC
                              4010 University Drive, Suite 200
                              Fairfax, VA 22030
                              Phone: 703-277-9774
                              Fax: 703-591-9285
                              Email: kkelly@siplfirm.com
                              *Counsel for Plaintiff*