IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



PAUL SCOTT,

    Plaintiff,

v.                                      Civil Action No. 3:12cv271

BIERMAN, GEESING, WARD
& WOOD, et al.,

    Defendants.

**ORDER**

It is hereby ORDERED that, upon consent of the parties, this action shall be REASSIGNED to Magistrate Judge M. Hannah Lauck for all purposes. It is further ORDERED that the Initial Pretrial Conference scheduled on the undersigned's docket for 9:30 a.m. August 15, 2012 is cancelled.

The Clerk is directed to send a copy of this Order to Magistrate Judge Lauck.

It is so ORDERED.

                                                 /s/     *REP*
                                           Robert E. Payne
                                           Senior United States District Judge

Richmond, Virginia
Date: August 14, 2012